IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS, <br><br> Defendant. | Case No. 1:21-cv-01152-RDM |

**JOINT STATUS REPORT**

In accordance with the Court's July 11, 2022 Minute Order, Plaintiff NAACP Legal Defense & Educational Fund, Inc. and Defendant Office of Federal Contract Compliance Programs ("OFCCP"), by and through their undersigned counsel, provide the following joint report regarding the status of this Freedom of Information Act ("FOIA") case (the "Action").

**Background**

Plaintiff initiated the Action on April 28, 2021, in connection with the FOIA requests that Plaintiff submitted to OFCCP in October 2020 (the "FOIA Requests"). ECF No. 1. On June 9, 2021, OFCCP answered Plaintiff's Complaint. ECF No. 13.

The parties submitted their initial joint status report on June 30, 2021. ECF No. 16. The parties submitted further joint status reports on July 30, 2021, ECF No. 17, September 2, 2021, ECF No. 18, November 23, 2021, ECF No. 19, January 31, 2022, ECF No. 21, April 1, 2022, ECF No. 23, and July 8, 2022, ECF No. 24. On July 11, 2022, the Court issued a Minute Order directing the parties to file a further joint status report by October 4, 2022.

**Overview of Current Status**

1. <u>Documents Still to Be Produced by OFCCP Pursuant to FOIA</u>: OFCCP has identified certain publicly available documents that are responsive to the FOIA Requests (Category G) and has provided a link to those documents to Plaintiff. To date, OFCCP has processed for its productions 6,802 pages of documents in response to Plaintiff's Request, and OFCCP states that it has completed its productions for Request Categories A, C, G, and H. OFCCP also has produced certain responsive, non-exempt[1] records, including 351 pages consisting of transcriptions of the 148 voicemails left on the OFCCP hotline and a portion of the emails sent to the OFCCP hotline. There are additional emails sent to the OFCCP hotline and other documents that are still undergoing review and processing. OFCCP will let Plaintiff know if it withholds any documents responsive to the FOIA Requests based on FOIA exemptions.

2. <u>OFCCP's Anticipated Schedule for Processing and Production</u>: OFCCP began rolling productions in response to the FOIA Requests in mid-July 2021, and further expects to review documents at a rate of at least 500 pages per month, and process for production to Plaintiff the non-exempt portions of the reviewed records. OFCCP anticipates making subsequent productions on a mid-monthly cycle.

3. <u>Substantive Areas of Disagreement</u>: Without waiver of any claims, defenses, or other rights, the parties state that they do not currently have any substantive areas of disagreement regarding Items 1 and 2 above. Plaintiff reserves all rights with respect to OFCCP's assertion of any FOIA exemptions (including redactions thereunder) with respect to documents it has produced or will produce in response to the FOIA Requests.

---

[1] Some of these documents were produced with redactions, based on FOIA exemptions claimed by OFCCP.

**Conclusion**

In light of the foregoing, the parties respectfully propose to submit a further status report regarding OFCCP's processing of Plaintiff's FOIA Requests and any substantive disagreements between the parties, should they occur, on or before January 9, 2023.

Dated:   October 4, 2022

Respectfully submitted,

/s/ Amber Koonce
Anuja D. Thatte
(D.C. Bar No. 1742276)
Amber Koonce*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
700 14th Street N.W., Ste. 600
Washington, DC 20005
Tel: (202) 682-1300
Fax: (202) 682-1312
athatte@naacpldf.org
akoonce@naacpldf.org

*Counsel for Plaintiff*

* *Admitted pro hac vice*

/s/ Zachary A. Avallone
Zachary A. Avallone
(D.C. Bar No. 1023361)
**U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION, FEDERAL PROGRAMS BRANCH**
1100 L Street NW
Washington, DC 20005
Tel: (202) 514-2705
zachary.a.avallone@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Zachary A. Avallone, certify that on October 5, 2022, true and correct copies of this Joint Status Report were served electronically on all registered counsel of record via the CM/ECF system.

Dated: October 5, 2022

                                        */s/ Zachary A. Avallone*
                                        Zachary A. Avallone